IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DOW JONES & COMPANY, INC., § | | |
| PLAINTIFF, § | | |
| § | | |
| V. § | CAUSE NO. A-11-CV-526-LY | |
| § | | |
| GREG ABBOTT, ATTORNEY GENERAL § | | |
| OF TEXAS, AND SUSAN COMBS, § | | |
| COMPTROLLER OF PUBLIC § | | |
| ACCOUNTS OF THE STATE OF TEXAS, § | | |
| DEFENDANTS. § | | |

## ORDER

Before the court is the above-styled and numbered cause of action. On December 22, 2011, the parties notified the court by telephone that they have reached a tentative settlement of all matters in this cause. In light of counsels' representations regarding settlement,

**IT IS ORDERED** that the parties shall file a joint motion to dismiss or stipulation of dismissal **on or before Friday, January 27, 2012**.

SIGNED this _____ day of December, 2011.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE